```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 04 B 41405
   TONY B HOLT
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-8781


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/08/2004 and was confirmed 01/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was paid in full 09/18/2008.
------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
BLOCKKBUSTER VIDEO          UNSECURED       NOT FILED           .00            .00
CREDIT PROTECTION ASSOC     NOTICE ONLY     NOT FILED           .00            .00
CITICORP CREDIT SERVICES    UNSECURED       NOT FILED           .00            .00
COLLECTCORP CORP            NOTICE ONLY     NOT FILED           .00            .00
NATIONAL FINANCIAL SYSTE    NOTICE ONLY     NOT FILED           .00            .00
CITY OF CHICAGO PARKING     UNSECURED        4340.00            .00         867.76
ILLINOIS SECRETARY OF ST    NOTICE ONLY     NOT FILED           .00            .00
COMED                       UNSECURED       NOT FILED           .00            .00
HARVARD COLLECTION SERVI    NOTICE ONLY     NOT FILED           .00            .00
CHARLES DICKSON DDS         UNSECURED       NOT FILED           .00            .00
ARGENT HEALTHCARE FINANC    UNSECURED       NOT FILED           .00            .00
IL STATE DISBURSEMENT UN    PRIORITY         2000.04            .00        2000.04
ILLINOIS SECRETARY OF ST    UNSECURED       NOT FILED           .00            .00
LAPORTE COUNTY EMS          UNSECURED       NOT FILED           .00            .00
ARGENT HEALTHCARE FINANC    UNSECURED       NOT FILED           .00            .00
MICHIGAN CITY RADIOLOGIS    UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY           UNSECURED       NOT FILED           .00            .00
COLLECTO/CREDIT PAC         NOTICE ONLY     NOT FILED           .00            .00
SPRINT PCS                  UNSECURED       NOT FILED           .00            .00
COLLECTECH                  NOTICE ONLY     NOT FILED           .00            .00
GREGORY K STERN             DEBTOR ATTY     1,300.00                       1,300.00
TOM VAUGHN                  TRUSTEE                                          257.20
DEBTOR REFUND               REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 4,425.00

PRIORITY                                   2,000.04
SECURED                                         .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 41405 TONY B HOLT
```

```
UNSECURED                                                    867.76
ADMINISTRATIVE                                             1,300.00
TRUSTEE COMPENSATION                                         257.20
DEBTOR REFUND                                                   .00
                                       ---------------    ---------------
TOTALS                                      4,425.00         4,425.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 12/22/08               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```